MINUTE ENTRY            11:05 a.m.

U.S.A. -v- PEDRO Q. BABAUTA

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  FAYE CROZAT, COURT REPORTER
  PATRICK SMITH, ASSISTANT U.S. ATTORNEY
  TIMOTHY MORAN, ATTORNEY FOR DEFENDANT
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
  PEDRO QUITUGUA BABAUTA, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT on Superseding Indictment and Waiver of Speedy Trial

 Defendant Babauta appeared with court appointed counsel, Attorney G. Anthony Long . Government was represented by Patrick Smith and Timothy Moran, AUSAs.

 Defendant was sworn and examined as to the understanding of the charges against him in the superseding indictment and his constitutional rights.

 Defendant waived  reading of the indictment and pled NOT GUILTY to the charges against him.  Defendant stated that he and his attorney needed more time to prepare for trial and wished to waive speedy trial.

 Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

 The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial;
 therefore it was ordered that the jury trial would be waived up until and including March  31, 2005 and that jury trial would commence on Monday, March 15, 2005 at 9:00 a.m. in this courtroom.

 Court ordered that the defendant remain at liberty on all conditions as previously set.

        Adj. 11:15 a.m.

;   [KLL EOD 12/30/2004]