```
MINUTE ENTRY            9:07 a.m.

 U.S.A. -v- PEDRO Q. BABAUTA

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE SHMULL, COURT REPORTER
   JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
   PEDRO Q. BABAUTA, DEFENDANT
   G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL
```

Defendant was present with Attorney Anthony Long.  Government by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial due to a family crisis. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including June 30, 2005 and that jury trial would commence on Monday, June 6, 2005 at 9:00 a.m. in this courtroom.

Court ordered that the defendant remain at liberty on all conditions as previously set.

        Court adjourned at 9:15 a.m.

;   [KLL EOD 03/10/2005]