MINUTE ENTRY                    8:00 a.m.


UNITED STATES OF AMERICA -v- PEDRO Q. BABAUTA
 At 8:00 a.m. 59 jurors appeared for jury orientation.   50 jurors were empaneled
(by random electronic draw);  instructed by the Court and ordered to return at 1:
30 p.m. to begin trial.

 At 1:30 p.m. 50 jurors returned to the Courtroom.

PRESENT: Hon. Alex R. Munson
  Sanae Shmull, Court Reporter
  K. Lynn Lemieux, Courtroom Deputy
  Timothy Moran, Assistant U. S. Attorney
  G. Anthony Long, Attorney for Defendant
  Pedro Q. Babauta, Defendant

PROCEEDINGS: JURY TRIAL - Day One

 Government by Timothy Moran, AUSA.  Attorney G. Anthony Long was present on behalf
and with defendant, Pedro Q. Babauta.  Also present was Gary Guerra Special Agent
for the EPA/Criminal Investigation Division and Lorraine Babauta (spouse of
defendant).  50 potential jurors were present.

 Jurors were sworn and Court began voir dire of Panel 50501.

 At 3:20 p.m. court recessed for afternoon break.  Court reconvened at 3:40 p.m.

 Voir dire continued.

 At 4:30 p.m. jurors were excused for the evening and ordered to return at 8:00 a.m.
to resume the trial.  Jurors left the Courtroom.

 Outside the presence of the jury Attorney Long moved that Attorney John Osborn, a
potential juror, be excused for cause; Government so stipulated.  Court ordered the
Clerk to call John Osborn and tell him that he was excused and that he didn't have
to return tomorrow.

 Government stated that they had not seen a copy of the Motion to Quash the subpoena
of Lorraine Babauta and therefore were not prepared to argue.  Attorney Long stated
that they also had not received a copy.  Court ordered that the hearing for the
Motion to Quash would be at 3:00 p.m. tomorrow and requested that the Clerk prepare
the order setting the hearing time.


        Adjourned 4:45 p.m.


;   [KLL EOD 06/07/2005]