```
MINUTE ENTRY
 UNITED STATES DISTRICT COURT
 FOR THE
 NORTHERN MARIANA ISLANDS

CR-04-00009              June 7, 2005
          3:00 p.m

 UNITED STATES OF AMERICA -v- PEDRO Q. BABAUTA

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
   SANAE SHMULL,   Court Reporter
   K. LYNN LEMIEUX,  Deputy Clerk
   TIMOTHY MORAN, Assistant U. S. Attorney
   JAMIE BOWERS, Assistant U.S. Attorney
   COLIN THOMPSON, Counsel for Lorraine Babauta
   G. ANTHONY LONG,  Counsel for Defendant

PROCEEDING:    MOTION TO QUASH SUBPOENA of LORRAINE BABAUTA and
 DEFENDANT'S MOTION TO EXCLUDE PRIOR BAD ACTS AND EVIDENCE OF
DE-CERTIFICATION OF CUC LABORATORY

   Attorney G. Anthony Long was present on behalf of defendant Pedro Q. Babauta;
Colin Thompson was present on behalf of proposed witness Lorraine Babauta.
Government by Timothy Moran, AUSA and Jamie Bowers, AUSA.

  Attorney Colin Thompson did not argue the Motion to Quash, but rested on the
pleadings. Timothy Moran, AUSA argued against the quashing the subpoena.  Attorney
Thompson argued on rebuttal and moved the Court to Quash the Subpoena.

  Court, after hearing argument, GRANTED the motion.

  Attorney Long argued Defendant's Motion to Exclude Prior Bad Acts and Evidence of
De-Certification of CUC Laboratory.  Government argued against the motion.

  Court DENIED Defendant's motion to Exclude Prior Bad Acts and Evidence of
De-Certification of CUC Laboratory.

         Adjourned  at 3:20 p.m.


         K. Lynn Lemieux, Courtroom Deputy
;    [ACH EOD 06/07/2005]
```