Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

JUL 12 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 04-0009 |
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION AND MOTION |
| PEDRO Q. BABAUTA | ) |
| | ) Date: August 12, 2005 |
| Defendant | ) |
| | ) Time: 8:30 a.m. |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

**NOTICE**

Please be advised that on August 12, 2005 at 8:30 a.m. or as soon thereafter as possible, the court will hear defendant's motion for judgment of acquittal and new trial.

**MOTION**

Defendant hereby moves for a judgment of acquittal on count five and a new trial on counts four and five. This motion is based upon the memorandum of points of authorities filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By:_____
    G. Anthony Long