FILED
Clerk
District Court

JUL 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 04-0009 |
| Plaintiff ) | |
| v. ) | **DECLARATION OF JUAN N. BABAUTA** |
| PEDRO Q. BABAUTA ) | |
| Defendant ) | Date: August 12, 2005 |
| ) | Time: 8:30 a.m. |

I, Juan N. Babauta, hereby declare as follows:

1. I have personal knowledge of all facts set forth in this declaration.

2. I am the governor of the Commonwealth of the Northern Mariana Islands.

3. I am a first cousin of Pedro Q. Babauta, the defendant in this case.

4. On Monday, June 5, 2005, I traveled to the United States District Court of the Northern Mariana Islands to attend the jury selection process.

5. At the court house, I met Ramon Guerrero who was also planning to attend a portion of the jury selection process.

6. After clearing security, Mr. Guerrero and I proceeded to the courtroom.

100

7. Court personnel stopped me and informed me that I could not enter the courtroom as the jury selection proceeding was closed to the public.

8. Neither I nor Mr Guerrero was allowed entrance to the courtroom to attend the jury selection process.

9. Mr. Guerrero and I then left the building where the United States District court is situated.

I declare under penalty of perjury that the above is true and correct and execute this declaration on this 11th day of July, 2005.

*Juan N. Babauta*