```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  TIMOTHY E. MORAN
    Assistant United States Attorneys
 3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
 4  Horiguchi Building, Third Floor
    P.O. Box 500377
 5  Saipan, MP 96950
    Telephone:  (670) 236-2982
 6  Fax:        (670) 236-2985

 7  Attorneys for United States of America
```

F I L E D
Clerk
District Court

JUL 2 7 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 04-00009 |
| Plaintiff, ) | |
| v. ) | **STIPULATION** |
| PEDRO Q. BABAUTA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Pedro Q. Babauta, the defendant, by and through his attorney, G. Anthony Long, that the deadline for the Government's Opposition to the defendant's motion

//

//

1  for a judgment of acquittal and a new trial shall be extended to Thursday, August 18, 2005.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 7/27/05

By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 7/25/05

_____
G. ANTHONY LONG
Attorney for Pedro Q. Babauta

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI