F I L E D
Clerk
District Court

AUG -8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR-04-00009 |
| v. ) | SCHEDULING ORDER |
| PEDRO Q. BABAUTA, ) | |
| Defendant. ) | |

Pursuant to a stipulation filed by the parties on July 27, 2005, the government has until August 18, 2005 to file its opposition to defendant's motion for a judgment of acquittal and new trial. Based on this date, the defendant has until August 25, 2005 to file his reply. Further, defendant's motion for a judgment of acquittal and new trial shall be heard on September 1, 2005 at 9:30 a.m.

SO ORDERED this 8th day of August, 2005

_____
Alex R. Munson
Chief Judge, United States District Court