FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-04-00009

September 1, 2005
9:35 a.m.

### UNITED STATS OF AMERICA -v- PEDRO Q. BABAUTA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           PEDRO Q. BABAUTA, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION FOR JUDGMENT OF ACQUITTAL & NEW TRIAL

   Defendant was present with Attorney Anthony Long. Government by Timothy Moran, AUSA.

   Attorney Long argued the motion for judgment of acquittal and new trial. Government argued in opposition.

   Court, after hearing all argument, DENIED the motion for acquittal and new trial and stated that a written decision would be forthcoming.

Court adjourned at 10:00 a.m.

K. Lynn Lemieux, Courtroom Deputy