G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 04-0009 |
| Plaintiff | ) |
| v. | ) |
| | ) STIPULATION AND ORDER |
| PEDRO Q. BABAUTA | ) |
| Defendant | ) |

The parties hereto agree and stipulate that the sentencing hearing scheduled for 9:00 a.m. on September 20, 2005 shall be continued until 2:00 p.m. on September 20, 2005.

Law Office of G. Anthony Long          UNITED STATES ATTORNEY
                                       FOR GUAM AND THE N.M.I.

By: _____           By: _____
    G. Anthony Long                        Timothy E. Moran
    Attorney for Defendant                 Assistant United States Attorney

FILED
Clerk
District Court

SEP 19 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## ORDER

The sentencing hearing scheduled for 9:00 a.m. on September 20, 2005 shall be continued until 2:00 p.m. on September 20, 2005.

So **ORDERED** this __19th__ day of September, 2005.

_Alex R. Munson_
Alex R. Munson
Judge, District Court

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

**RECEIVED**
SEP 19 2005
Clerk
District Court
For The Northern Mariana Islands