# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

Transcript Designation and Ordering Form

FILED
Clerk
District Court

OCT 11 2005

For The Northern Mariana Islands
By _____ (Deputy Clerk)

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __04-0009__

Short Case Title __USA v. BABAUTA__

Date Notice of Appeal Filed by Clerk of District Court __September, 25, 2005__

**SECTION A - To be completed by party ordering transcript:**

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
| June 07, 2005 |  | Opening Statements |
|  |  | Settlement Instructions |
| June 10, 2005 |  | Closing Arguments |
| June 10, 2005 |  | Jury Instructions |
| April 19, 2004 |  | Pretrial Proceedings (Initial Appearance) |
|  |  | Other (please specify) -All sidebar |

Conferences during trial, All oral motions made during trial, All

(attach additional page for designations if necessary) trial objections, All trial testimony.

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __October 11, 2005__

Estimated date for completion of transcript _____

Type or Print Name __G. Anthony Long__

Signature of Attorney _____ Phone Number __235-4802__

Address __P.O. Box 504970, Saipan, MP 96950__

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) *Complete Section A*, place additional designations on blank paper if needed.
✓ (3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
   Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE