G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 04-0009 |
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| PEDRO Q. BABAUTA | ) |
| Defendant | ) |

The parties hereto agree and stipulate as follows:

1. Defendant has surrendered to the custody of the United States Marshal Service;

2. The Ten Thousand Dollar ($10,000.00) cash bail deposited in this matter by defendant is hereby exonerated; and

3. The clerk shall refund the bail by check made payable to the Law Office of

Page 1 of 2

G. Anthony Long Client Trust Account

Law Office of G. Anthony Long

By: /s/
G. Anthony Long
Attorney for Defendant

UNITED STATES ATTORNEY
FOR GUAM AND THE N.M.I.

By: /s/
Craig N. Moore
Assistant United States Attorney/
N.M.I. Branch Chief

So **ORDERED** this 18TH day of October, 2005.

/s/ Alex R. Munson
Alex R. Munson
Judge, District Court

RECEIVED
OCT 17 2005
Clerk
District Court
For The Northern Mariana Islands