**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Monday, April 19, 2004 |
| vs. | ) | |
| | ) | |
| PEDRO Q. BABAUTA, | ) | REPORTER'S TRANSCRIPT OF |
| | ) | INITIAL APPEARANCE/ARRAIGNMENT |
| Defendant. | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:     Patrick J. Smith
                   Assistant United States Attorney
                   MARIANAS DISTRICT
                   Horiguchi Building, Third Floor
                   P. O. Box 500377
                   Saipan, MP 96950
                   Telephone: (670) 236-2986
                   Facsimile: (670) 236-2945

For Defendant      G. Anthony Long
  Mr. P.Babauta:   Attorneys at Law
                   P. O. Box 504970
                   Saipan, MP 96950
                   Telephone: (670) 235-4802
                   Facsimile: (670) 235-4801

Also Present:      Defendant Pedro Q. Babauta

FILED
Clerk
District Court
NOV - 7 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950