ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Tuesday, September 20, 2005 |
| vs. | ) | |
| | ) | |
| PEDRO Q. BABAUTA, | ) | **REPORTER'S TRANSCRIPT OF SENTENCING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Timothy Moran & Jamie D. Bowers
Assistant United States Attorneys
MARIANAS DISTRICT
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2986
Facsimile: (670) 236-2945
    and
Special Agent Gary W. Guerra
EPA Criminal Investigation Division

For Defendant   G. Anthony Long
Mr. P.Babauta:   Attorneys at Law
P. O. Box 504970
Saipan, MP 96950
Telephone: (670) 235-4802
Facsimile: (670) 235-4801

FILED
Clerk
District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)