IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | June 7, 8, 2005 |
| vs. | ) | |
| | ) | |
| PEDRO Q. BABAUTA, | ) | **REPORTER'S JURY TRIAL TRANSCRIPT** |
| | ) | |
| Defendant. | ) | VOLUME I - Pages 1 - 267 |
| | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

**APPEARANCES:**

For Plaintiff:    Timothy Moran & Jamie D. Bowers
                  Assistant United States Attorneys
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP 96950
                  Telephone: (670) 236-2986
                  Facsimile: (670) 236-2945
                          and
                  Special Agent Gary W. Guerra
                  EPA Criminal Investigation Division

For Defendant     G. Anthony Long
   Mr. P.Babauta: Attorneys at Law
                  P. O. Box 504970
                  Saipan, MP 96950
                  Telephone: (670) 235-4802
                  Facsimile: (670) 235-4801

FILED
Clerk
District Court

NOV - 7 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)