IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
|  | ) |  |
| Plaintiff, | ) | Garapan, Saipan |
|  | ) | June 9, 10, 2005 |
| vs. | ) |  |
|  | ) |  |
| PEDRO Q. BABAUTA, | ) | **REPORTER'S JURY TRIAL TRANSCRIPT** |
|  | ) |  |
| Defendant. | ) | VOLUME II - Pages 268 - 545 |
|  | ) |  |

**BEFORE THE HONORABLE ALEX R. MUNSON**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS and Jury**

**APPEARANCES:**

For Plaintiff:      Timothy Moran & Jamie D. Bowers
                    Assistant United States Attorneys
                    MARIANAS DISTRICT
                    Horiguchi Building, Third Floor
                    P. O. Box 500377
                    Saipan, MP 96950
                    Telephone: (670) 236-2986
                    Facsimile: (670) 236-2945
                            and
                    Special Agent Gary W. Guerra
                    EPA Criminal Investigation Division

For Defendant       G. Anthony Long
   Mr. P.Babauta:   Attorneys at Law
                    P. O. Box 504970
                    Saipan, MP 96950
                    Telephone: (670) 235-4802
                    Facsimile: (670) 235-4801

FILED
Clerk
District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)