F I L E D
Clerk
District Court

DEC - 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 04-0009 |
|---|---|
| Plaintiff | ) |
| v. | ) NOTICE OF MOTION AND MOTION |
| PEDRO Q. BABAUTA | ) JAN - 5 2006 |
| | ) Date: ~~December 29, 2005~~ |
| Defendant | ) |
| | ) Time: 9:00 a.m. |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

**NOTICE**

JAN - 5 2006

Please be advised that on ~~December 29, 2005~~ at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion for release pending appeal.

**MOTION**

Defendant hereby moves for release pending appeal This motion is based upon the memorandum of points of authorities and declaration of counsel filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: _____
G. Anthony Long