1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

F I L E D
Clerk
District Court

DEC 22 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04-00009 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION** |
| PEDRO Q. BABAUTA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United States Attorneys, of counsel, and Pedro Q. Babauta, the defendant, by and through his attorney, G. Anthony Long, that the deadline for the Government's Opposition to the defendant's motion

//

//

for release pending appeal is extended from Thursday, December 22, 2005 to Friday, December 23, 2005.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 12/22/05

By: *(signed)*
Timothy E. Moran
Assistant U.S. Attorney

DATED: 12-22-05

*(signed)*
G. ANTHONY LONG
Attorney for Pedro Q. Babauta

SO ORDERED.

*(signed)*
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI