G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

DEC 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 04-0009 |
|---|---|
| Plaintiff | ) |
| v. | ) |
|  | ) STIPULATION AND ORDER |
| PEDRO Q. BABAUTA | ) |
| Defendant | ) |

The parties hereto agree and stipulate that

1.  The due date for defendant's reply memo supporting release pending sentencing is continued from December 30, 2005 until January 3, 2006.

2.  The hearing date shall remain January 5, 2006 at 9:00 a.m.

Law Office of G. Anthony Long

By_____
G. Anthony Long
Attorney for Defendant

UNITED STATES ATTORNEY
FOR GUAM AND THE N.M.I.

By_____
Timothy E. Moran
Assistant United States Attorney

So **ORDERED** this 30TH day of December, 2005.

_____
Alex R. Munson
Judge, District Court