F I L E D
Clerk
District Court

JAN - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

CR-04-00009

January 5, 2006
9:05 a.m

### UNITED STATES OF AMERICA -v- PEDRO Q. BABAUTA

PRESENT:     HON. ALEX R. MUNSON, Chief Judge Presiding
SANAE SHMULL,  Court Reporter
K. LYNN LEMIEUX,  Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
G. ANTHONY LONG,  Counsel for Defendant

PROCEEDING:    MOTION FOR RELEASE PENDING APPEAL

Attorney G. Anthony Long was present on behalf of defendant Pedro Q. Babauta.
Government by Timothy Moran, AUSA.

Attorney Long argued the motion for release pending appeal.  Government argued.

Court, after hearing all argument, took the matter under advisement and stated that an order
would be forthcoming.

Adjourned  at 9:25 a.m.

K. Lynn Lemieux, Courtroom Deputy