UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 30 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10645 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00009-ARM |
| v. | District of the Northern Mariana Islands |
| PEDRO Q. BABAUTA, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
FEB - 7 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

The appellant's motion for leave to file the opening brief late is granted. The opening brief is ordered filed. The appellant remains obligated to file corrected covers for the excerpts of record, pursuant to the Clerk's notice of receipt of a deficient brief. The answering brief is due February 21, 2006. The optional reply brief is due 14 days after service of the answering brief.

In view of the brevity of the sentence being served, the court sua sponte expedites this case. This case shall be placed on the May 2006 calendar. No telephonic extensions of time to file briefs will be granted pursuant to Ninth Circuit Rule 31-2.2(a). Written requests for extensions of time are discouraged and will not be granted absent a showing of extraordinary circumstances.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 1.23