UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 09 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10645 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00009-ARM |
| v. | District of the Northern Mariana Islands |
| PEDRO Q. BABAUTA, | ORDER |
| Defendant - Appellant. | |

FILED
Clerk
District Court

FEB 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The appellee's motion for an extension of time in which to file the answering brief is granted in part. The answering brief is due March 14, 2006. The optional reply brief is due 14 days after service of the answering brief.

In view of the court's previous order expediting this appeal, any further extension of time to file the answering brief is strongly disfavored.

Any subsequent motion shall contain a recital of defendant's bail status. *See* 9th Cir. R. 27-8.1.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 2.6