UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 13 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PEDRO Q. BABAUTA,<br><br>Defendant - Appellant. | No. 06-10059<br><br>D.C. No. CR-04-00009-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court
MAR 20 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellant's motion for voluntary dismissal of this appeal is granted. *See* Fed. R. App. P. 42(b). The court has reviewed and granted appellant's motion for release pending appeal in case no. 05-10645.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Deborah L. Smith
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 13 2006
by: _____
Deputy Clerk

S:\MOATT\Clrkords\03.06\ds\06-10059.wpd