Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Babauta

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-0009 |
| Plaintiff | ) BABAUTA'S MEMORANDUM ) SUPPORTING MOTION FOR |
| v. | ) ORDER TO SET HEARING ) DATE TO SET TERMS AND |
| PEDRO Q. BABAUTA | ) CONDITIONS FOR RELEASE |
| Defendant | ) |

FRAP Rule 9 does not provider for issue of a mandate in connection with an order for release pending appeal. Pursuant to FRAP Rule 41, a mandate is only issued upon resolution of the merits of the appeal. Also, a mandate was not necessary for the hearing to set term and conditions for release pending appeal in *United States v. Fleming*, Criminal Case No. 04-00022 Accordingly, Babauta requests that a hearing be set in this matter as soon as practical.

Law Office of G. Anthony Long

G. Anthony Long