Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Babauta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-0009 |
| | ) |
| Plaintiff/Appellee | ) DECLARATION OF COUNSEL |
| | ) SUPPORTING MOTION FOR |
| v. | ) ORDER TO SET HEARING |
| | ) DATE TO SET TERMS AND |
| PEDRO Q. BABAUTA | ) CONDITIONS FOR RELEASE |
| | ) |
| Defendant/Appellant | ) |

I, G. Anthony Long hereby declare as follows:

1. I am the attorney for Pedro Babauta.

2. On March 6, 2006 the Ninth Circuit issued an order for Babauta's release pending appeal.

3. During a March 23, 2006 chamber conference with the Court and Assistant Attorney General Timothy E. Moran, Esq., in another case, the matter of a hearing date for Babauta was discussed and the issue of the necessity for a mandate arose.

4. On Friday March 24, 2006 I telephoned the Ninth Circuit Criminal Appeals division concerning a mandate. I was informed that a mandate will not be issued and the Court's order to

set terms and conditions is sufficient for a release hearing.

5.   On the afternoon of Friday, March 24, 2006, I informed Assistant U.S. Attorney Moran of my conversation with the Ninth Circuit. Mr. Moran advised that he wold not oppose an exparte motion to set a hearing date for the court to set terms and conditions for Babauta's release.

I, hereby declare under penalty of perjury; pursuant to the laws of the United States of America, that the above is true and correct and execute this declaration on Saipan on this 27th day of March, 2006.

_____
G. Anthony Long