FILED
Clerk
District Court

MAR 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PEDRO Q. BABAUTA, also )<br>known as "Pete," )<br>)<br>Defendant )<br>_____) | Criminal No. 04-00009<br><br><br><br>ORDER TO U.S. MARSHAL<br>TO BRING DEFENDANT<br>BEFORE THE COURT |

PURSUANT TO the order of the U.S. Court of Appeals for the Ninth Circuit,

IT IS ORDERED that the U.S. Marshal shall, at the earliest opportunity, bring

defendant before the court "for the limited purpose of establishing appropriate

conditions of release." The hearing will be set on short notice once defendant has

arrived on Saipan.

DATED this 28th day of March, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)