FILED
Clerk
District Court

APR - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00009 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER TO RELEASE DEFENDANT PENDING COURT HEARING |
| PEDRO Q. BABAUTA, also known as "Pete," | ) | |
| Defendant | ) | |

BASED UPON the representation of his attorney that defendant would pay his own travel expenses to return to Saipan for his bail hearing,

IT IS ORDERED that defendant Pedro Q. Babauta shall be immediately released from incarceration to be allowed to return to Saipan at his own expense to attend the bail hearing now set for Wednesday, May 10, 2006, at 10:00 a.m. Upon his arrival on Saipan, defendant shall report to the Office of the U.S. Marshal, but shall

AO 72
(Rev. 08/82)

otherwise be free until the conditions of his release are imposed.

DATED this 7th day of April, 2006.

                                              */s/ Alex R. Munson*
                                              ALEX R. MUNSON
                                              Judge

AO 72
(Rev. 08/82)