F I L E D
Cierk
District Court

APR 1 1 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,    )    Criminal No. 04-00009
                              )
            Plaintiff         )
                              )
        v.                    )    AMENDED
                              )    ORDER TO RELEASE
                              )    DEFENDANT PENDING
PEDRO Q. BABAUTA, also        )    BAIL HEARING
known as "Pete,"              )
                              )
            Defendant         )
_____)

Defendant was convicted in this court on June 15, 2005, and sentenced September 20, 2005. Defendant's motion for release pending appeal was denied by order dated January 6, 2006. Defendant appealed that denial to the U.S. Court of Appeals for the Ninth Circuit, which granted his motion for bail pending appeal by order dated March 6, 2006, received by this court on March 13, 2006. On March 28, 2006, this court directed the U.S. Marshal to bring defendant before the court. Now,

based upon the representation of his attorney that defendant will pay his own travel expenses to return to Saipan for his bail hearing,

IT IS ORDERED that defendant Pedro Q. Babauta shall be immediately released from incarceration at FDC-Honolulu to be allowed to return to Saipan at his own expense to attend the bail hearing set for Wednesday, May 10, 2006, at 10:00 a.m.  Upon his arrival on Saipan, defendant shall report to the Office of the U.S. Marshal, but shall otherwise be free until the conditions of his release are imposed.

DATED this 11th day of April, 2006.


_____
ALEX R. MUNSON
Judge