G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 04-0009 |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| PEDRO Q. BABAUTA ) | |
| ) | |
| Defendant ) | |

Given a conflict in the schedule of defense counsel, the parties hereto agree and stipulate that

1. The hearing for setting the terms and conditions for Babauta's release pending appeal scheduled for May 10, 2006 at 10:00 a.m. is hereby continued until May 11, 2006 at 9:00 a.m.

Law Office of G. Anthony Long

By _____
G. Anthony Long
Attorney for Defendant

UNITED STATES ATTORNEY
FOR GUAM AND THE N.M.I.

By: _____
Timothy E. Moran
Assistant United States Attorney

So **ORDERED** this 9TH day of May, 2006.

_____
Alex R. Munson
Judge, District Court

FILED
Clerk
District Court
MAY - 9 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

RECEIVED
Clerk
District Court
For The Northern Mariana Islands