F I L E D
Clerk
District Court

MAY 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN MARIANA ISLANDS

CR-04-00009

May 11, 2006
9:05 a.m

## UNITED STATES OF AMERICA -v- PEDRO Q. BABAUTA

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
SANAE SHMULL,  Court Reporter
K. LYNN LEMIEUX,  Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
G. ANTHONY LONG,  Counsel for Defendant

PROCEEDING:   MOTION FOR MODIFICATION OF BAIL CONDITIONS

Attorney G. Anthony Long was present on behalf of defendant Pedro Q. Babauta.
Government by Timothy Moran, AUSA.

Attorney Long argued the motion for modifications to the bail as previously set; mainly to
change the $10,000 secured bond to a $10,000 unsecured bond.  Government argued.

Court granted the modification and ordered that the conditions be amended to require the
defendant to post a $10,000 UNSECURED bond rather than a $10,000 secured bond.  All other
conditions will remain the same as previously set except for condition that the defendant not have
contact with any potential victim or witness in this case shall amended to state that he may have
contact with his wife.

Adjourned  at 9:10 a.m.

K. Lynn Lemieux, Courtroom Deputy