**FILED**
**JUN 19 2006**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>PEDRO Q. BABAUTA,<br><br>  Defendant - Appellant. | No. 05-10645<br><br>D.C. No. CR-04-00009-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

F I L E D
Clerk
District Court

JUN 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellee USA's motion for a 30 day extension of time within which to file a petition for rehearing and or suggestion for rehearing en banc is GRANTED. The petition is due in the Clerk's office on or before Friday July 21, 2006.

Cathy A. Catterson, Clerk of Court

Candy Permillion, Deputy Clerk