NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 0 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10645 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00009-ARM |
| v. | District of the Northern Mariana Islands |
| PEDRO Q. BABAUTA, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
SEP 1 2 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: KOZINSKI and FISHER, Circuit Judges, and BLOCK, Senior District Judge.*

Within 21 days from the date of this order, Appellant shall file a response to Appellee's Petition for Panel Rehearing filed on July 21, 2006. Four copies of the response shall be filed with the Clerk of Court and shall not exceed 15 pages.

---

* The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.