FILED
Clerk
District Court

DEC 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PEDRO Q. BABAUTA, also )<br>known as "Pete," )<br>)<br>Defendant )<br>_____ ) | Criminal No. 04-00009<br><br>ORDER OF JUDGMENT<br>OF ACQUITTAL ON<br>ALL COUNTS; TO RETURN<br>SPECIAL ASSESSMENT AND<br>FINE TO DEFENDANT; and,<br>CLOSING FILE |

PURSUANT TO the December 4, 2006, judgment of the U.S. Court of Appeals for the Ninth Circuit, said judgment received by this court on December 12, 2006,

IT IS ORDERED that a judgment of acquittal on all counts be and hereby is entered; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that the $200.00 special assessment fee paid by defendant on September 21, 2005, and the $5,000.00 fine paid by defendant on September 27, 2005, be returned to defendant or his attorney by the Office of the Clerk of Court; and,

IT IS FURTHER ORDERED that this file be and hereby is closed.

DATED this 13th day of December, 2006.

*[signature]*

ALEX R. MUNSON
Judge