DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED UNDER
THE SENTENCING REFORM ACT OF 1984
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND NMI

     I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **November 10, 2005**, as File no. **05-3101**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:    Pedro Q. Babauta                    Address:    Dan Dan, Saipan, MP 96950
          SSN:    XXX-XX-3470
          DOB:    XX-XX-1957

Court Imposing Judgment:    U.S. District Court for the Northern Mariana Islands

     Court Number:    CR 04-00009

     Amount of Judgment:    $5,000.00 fine + $200 special assessment fee + cost of imprisonment
                       ($1,933.80 per month) + cost of supervised release ($287.73 per month)

     Place of filing:    NMI

     WITNESS my hand at Hagåtña, Guam, on this, the 5th day of January, 2007.

                                                       /s/ Marivic P. David
                                                       MARIVIC P. DAVID
                                                       Assistant U.S. Attorney
                                                       marivic.david@usdoj.gov