F I L E D
Clerk
District Court

JAN 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT
# OF THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> PEDRO Q. BABAUTA, ) <br> Defendant. ) | CRIMINAL CASE NO. 04-00009-001 <br><br> **APPLICATION AND ORDER FOR RELEASE OF PASSPORT** |

COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, U.S. Passport Number 120594768, which was a condition of pretrial release. Mr. Babauta's conviction was reversed by the Ninth Circuit Court of Appeals on December 4, 2006, and his case with this court was closed on December 13, 2006.

Dated this _17th_ day of January 2007.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the defendant.

Dated this _17th_ day of January 2007.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands