F I L E D
Clerk
District Court

FEB - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PEDRO Q. BABAUTA ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 04-00009 <br><br> NOTICE OF RELEASE OF EXHIBITS |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   6th day of   February , 2007

GALO L. PEREZ, Clerk of Court

By: Ignacio C. Benavente
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- Pedro Q. Babauta | | District Court<br>Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Timothy Moran, AUSA | **Defendant's Attorney**<br>Anthony Long, Esq. | **Docket Number:** CR-04-00009<br>**Trial Date(s):** June 6, 2005 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 06/07/05 | 06/07/05 | 06/07/05 | March 5, 2003 L. Babauta letter to J. Castro |
| 2 | | 06/07/05 | 06/07/05 | 06/07/05 | February 13, 2003 Safe Drinking Water Sampling Sites and Analysis- Saipan |
| 3 | | 06/07/05 | 06/07/05 | 06/07/05 | February 27, 2003 Safe Drinking Water Sampling Sites and Analysis-Saipan |
| 4 | | 06/07/05 | 06/07/05 | 06/07/05 | December 10, 2002 L. Babauta letter to J. Castro |
| 5 | | 06/07/05 | 06/07/05 | 06/07/05 | November 14 and 15, 2002 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 6 | | 06/07/05 | 06/07/05 | 06/07/05 | October 4, 2001 T. Villagomez letter to A. Deleon Guerrero |
| 7 | | 06/07/05 | 06/07/05 | 06/07/05 | September 4, 2001 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 8 | | 06/07/05 | 06/07/05 | 06/07/05 | April 9, 2001 T. Villagomez letter to A. Deleon Guerrero |
| 9 | | 06/07/05 | 06/07/05 | 06/07/05 | March 13, 2001 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 10 | | 06/07/05 | 06/07/05 | 06/07/05 | March 20, 2001 Safe Drinking Water Sampling Sites and Analysis- Saipan |
| 11 | | 06/07/05 | 06/07/05 | 06/07/05 | December 22, 2000 T. Villagomez letter to A. Deleon Guerrero |
| 12 | | 06/07/05 | 06/07/05 | 06/07/05 | November 28, 2000 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 13 | | 06/07/05 | 06/07/05 | 06/07/05 | October 11, 2000 Safe Drinking Water Sampling and Analysis - Saipan |
| 14 | | 06/07/05 | 06/07/05 | 06/07/05 | September 11, 2000 T. Villagomez letter to I. Cabrera |
| 15 | | 06/07/05 | 06/07/05 | 06/07/05 | August 29, 2000 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 16 | | 06/07/05 | 06/07/05 | 06/07/05 | September 9, 1999 T. Villagomez letter to I. Cabrera |
| 17 | | 06/07/05 | 06/07/05 | 06/07/05 | August 24, 1999 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 18 | | 06/07/05 | 06/07/05 | 06/07/05 | May 27, 1999 T. Villagomez letter to I. Cabrera |
| 19 | | 06/07/05 | 06/07/05 | 06/07/05 | April 21, 1999 Safe Drinking Water Sampling Sites and Analysis - Sites |
| 25 | | 06/07/05 | 06/07/05 | 06/07/05 | April 23, 2001 A. DL Guerrero letter to T. Villagomez |
| 27 | | 06/07/05 | 06/07/05 | 06/07/05 | February 2003 Lab Schedule |
| 28 | | 06/07/05 | 06/07/05 | 06/07/05 | November 2002 Lab Schedule |
| 29 | | 06/07/05 | 06/07/05 | 06/07/05 | September 2001 Lab Schedule |
| 31 | | 06/07/05 | 06/07/05 | 06/07/05 | CNMI Drinking Water Regulations (December 2000) |
| | A | 06/07/05 | 06/07/05 | 06/07/05 | Position Description for CUC Laboratory Supervisor |
| | B | 06/07/05 | 06/07/05 | 06/07/05 | Personnel Action Form re: Promotion of Pedro Babauta |
| | D | 06/07/05 | 06/07/05 | 06/07/05 | Proposed Revision to Quality Assurance Manual for Microbiological Analysis Section |
| | G | 06/07/05 | 06/07/05 | 06/07/05 | May 9, 2003 Letter from L. Babauta to John Castro re: April 2003 SDWA Report |
| | H | 06/07/05 | 06/07/05 | 06/07/05 | June 10, 2003 Letter from L. Babauta to John Castro re: May 2003 SDWA Report |
| | I | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating of Pedro Babauta for period February 28, 1997 to February 28, 1998 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | J | 06/07/05 | 06/07/05 | 06/07/05 | Performance Ratiing of Pedro Babauta for period March 1, 1998, 1999 to February 28, 1999 |
|  | K | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating of Pedro Babauta for period February 2, 1999, 1999 to February 27, 2000 |
|  | L | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating Report of Pedro Babauta for the period February 27, 2000 to February 25, 2001 |
|  | M | 06/07/05 | 06/07/05 | 06/07/05 | CUC Length of Service Computation for Pedro Babauta as of May 21, 2003 |
| W1 |  | 06/07/05 |  |  | CLARISSA TANAKA BEARDEN |
| 34 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 32 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 33 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 35 |  | 06/07/05 | 06/07/05 | 06/07/05 | Drinking Water Warning |
|  | P | 06/08/05 | 06/08/05 | 06/08/05 | Letter of Violation from DEQ to CUC - 02/31/2001 |
| W2 |  | 06/08/05 |  |  | MARIANO R. IGLECIAS |
| 22 |  | 06/08/05 | 06/08/05 | 06/08/05 | September 6, 2001 D. Schmidt email to Pedro Babauta Re: TCR calculation. |
| W3 |  | 06/09/05 |  |  | VINSON F. SABLAN |
| W4 |  | 06/09/05 |  |  | JOYCE FEJERON-CASTRO |
| W5 |  | 06/09/05 |  |  | DEREK CHAMBERS |
| W6 |  | 06/09/05 |  |  | GARY GUERRA |
|  | W1 | 06/09/05 |  |  | TIMOTHY VILLAGOMEZ |
|  | W2 | 06/10/05 |  |  | PAMELA MATHIS |
|  | F | 06/10/05 | 06/10/05 | 06/10/05 | May 1, 2003 letter from Pedro Palacios Acting DEQ Director to L. Babauta |