F I L E D
Clerk
District Court

MAR 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | EXIHIBIT WITHDRAWAL RECEIPT |
| | ) | |
| PEDRO Q. BABAUTA, | ) | |
| | ) | |
| Defendant, | ) | |

EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: March 19, 2007

Acknowledge by:

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
MAR 19 2007
RECEIVED

Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Approved:

Ignacio C. Benavente
Chief Deputy Clerk

AO 187                           **EXHIBIT AND WITNESS LIST**

| U.S.A. -vs- Pedro Q. Babauta | | District Court<br>Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Timothy Moran, AUSA | **Defendant's Attorney**<br>Anthony Long, Esq. | **Docket Number:** CR-04-00009<br>**Trial Date(s):** June 6, 2005 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 06/07/05 | 06/07/05 | 06/07/05 | March 5, 2003 L. Babauta letter to J. Castro |
| 2 | | 06/07/05 | 06/07/05 | 06/07/05 | February 13, 2003 Safe Drinking Water Sampling Sites and Analysis- Saipan |
| 3 | | 06/07/05 | 06/07/05 | 06/07/05 | February 27, 2003 Safe Drinking Water Sampling Sites and Analysis-Saipan |
| 4 | | 06/07/05 | 06/07/05 | 06/07/05 | December 10, 2002 L. Babauta letter to J. Castro |
| 5 | | 06/07/05 | 06/07/05 | 06/07/05 | November 14 and 15, 2002 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 6 | | 06/07/05 | 06/07/05 | 06/07/05 | October 4, 2001 T. Villagomez letter to A. Deleon Guerrero |
| 7 | | 06/07/05 | 06/07/05 | 06/07/05 | September 4, 2001 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 8 | | 06/07/05 | 06/07/05 | 06/07/05 | April 9, 2001 T. Villagomez letter to A. Deleon Guerrero |
| 9 | | 06/07/05 | 06/07/05 | 06/07/05 | March 13, 2001 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 10 | | 06/07/05 | 06/07/05 | 06/07/05 | March 20, 2001 Safe Drinking Water Sampling Sites and Analysis- Saipan |
| 11 | | 06/07/05 | 06/07/05 | 06/07/05 | December 22, 2000 T. Villagomez letter to A. Deleon Guerrero |
| 12 | | 06/07/05 | 06/07/05 | 06/07/05 | November 28, 2000 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 13 | | 06/07/05 | 06/07/05 | 06/07/05 | October 11, 2000 Safe Drinking Water Sampling and Analysis - Saipan |
| 14 | | 06/07/05 | 06/07/05 | 06/07/05 | September 11, 2000 T. Villagomez letter to I. Cabrera |
| 15 | | 06/07/05 | 06/07/05 | 06/07/05 | August 29, 2000 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 16 | | 06/07/05 | 06/07/05 | 06/07/05 | September 9, 1999 T. Villagomez letter to I. Cabrera |
| 17 | | 06/07/05 | 06/07/05 | 06/07/05 | August 24, 1999 Safe Drinking Water Sampling Sites and Analysis - Saipan |
| 18 | | 06/07/05 | 06/07/05 | 06/07/05 | May 27, 1999 T. Villagomez letter to I. Cabrera |
| 19 | | 06/07/05 | 06/07/05 | 06/07/05 | April 21, 1999 Safe Drinking Water Sampling Sites and Analysis - Sites |
| 25 | | 06/07/05 | 06/07/05 | 06/07/05 | April 23, 2001 A. DL Guerrero letter to T. Villagomez |
| 27 | | 06/07/05 | 06/07/05 | 06/07/05 | February 2003 Lab Schedule |
| 28 | | 06/07/05 | 06/07/05 | 06/07/05 | November 2002 Lab Schedule |
| 29 | | 06/07/05 | 06/07/05 | 06/07/05 | September 2001 Lab Schedule |
| 31 | | 06/07/05 | 06/07/05 | 06/07/05 | CNMI Drinking Water Regulations (December 2000) |
| | A | 06/07/05 | 06/07/05 | 06/07/05 | Position Description for CUC Laboratory Supervisor |
| | B | 06/07/05 | 06/07/05 | 06/07/05 | Personnel Action Form re: Promotion of Pedro Babauta |
| | D | 06/07/05 | 06/07/05 | 06/07/05 | Proposed Revision to Quality Assurance Manual for Microbiological Analysis Section |
| | G | 06/07/05 | 06/07/05 | 06/07/05 | May 9, 2003 Letter from L. Babauta to John Castro re: April 2003 SDWA Report |
| | H | 06/07/05 | 06/07/05 | 06/07/05 | June 10, 2003 Letter from L. Babauta to John Castro re: May 2003 SDWA Report |
| | I | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating of Pedro Babauta for period February 28, 1997 to February 28, 1998 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | J | 06/07/05 | 06/07/05 | 06/07/05 | Performance Ratiing of Pedro Babauta for period March 1, 1998, 1999 to February 28, 1999 |
|  | K | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating of Pedro Babauta for period February 2, 1999, 1999 to February 27, 2000 |
|  | L | 06/07/05 | 06/07/05 | 06/07/05 | Performance Rating Report of Pedro Babauta for the period February 27, 2000 to February 25, 2001 |
|  | M | 06/07/05 | 06/07/05 | 06/07/05 | CUC Length of Service Computation for Pedro Babauta as of May 21, 2003 |
| W1 |  | 06/07/05 |  |  | CLARISSA TANAKA BEARDEN |
| 34 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 32 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 33 |  | 06/07/05 | 06/07/05 | 06/07/05 | Photograph |
| 35 |  | 06/07/05 | 06/07/05 | 06/07/05 | Drinking Water Warning |
|  | P | 06/08/05 | 06/08/05 | 06/08/05 | Letter of Violation from DEQ to CUC - 02/31/2001 |
| W2 |  | 06/08/05 |  |  | MARIANO R. IGLECIAS |
| 22 |  | 06/08/05 | 06/08/05 | 06/08/05 | September 6, 2001 D. Schmidt email to Pedro Babauta Re: TCR calculation. |
| W3 |  | 06/09/05 |  |  | VINSON F. SABLAN |
| W4 |  | 06/09/05 |  |  | JOYCE FEJERON-CASTRO |
| W5 |  | 06/09/05 |  |  | DEREK CHAMBERS |
| W6 |  | 06/09/05 |  |  | GARY GUERRA |
|  | W1 | 06/09/05 |  |  | TIMOTHY VILLAGOMEZ |
|  | W2 | 06/10/05 |  |  | PAMELA MATHIS |
|  | F | 06/10/05 | 06/10/05 | 06/10/05 | May 1, 2003 letter from Pedro Palacios Acting DEQ Director to L. Babauta |